Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                    Case No.:  24–21888–MEH
                    Chapter:  13
                    Judge:  Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jacqueline Martin
   4 Enderly Lane
   Willingboro, NJ 08046

Social Security No.:
   xxx–xx–6810

Employer's Tax I.D. No.:

---

## FINAL DECREE

   The estate of the above named debtor(s) has been fully administered.

   If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

   ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>June 10, 2025</u>          <u>Mark Edward Hall</u>
                         Judge, United States Bankruptcy Court